Mr. Justice Carnes delivered the opinion of the court.

---

**R. H. Hatheway, appellee, v. Peoria Railway Company, appellant. Gen. No. 6,626.**

Action to recover for damages to an automobile sustained in a collision with a street car.   Judgment for plaintiff.   Appeal from

the County Court of Peoria county; the Hon. Chester F. Barnett, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of facts. Opinion filed February 8, 1919.

Page, Hunter & Page, for appellant. Scholes & Pratt, for appellee.

Mr. Justice Carnes delivered the opinion of the court.